**No. 09-8669. Thomas Hill, Petitioner v. Michigan.**

559 U.S. 1014, 130 S. Ct. 1899, 176 L. Ed. 2d 378, 2010 U.S. LEXIS 2735.

March 22, 2010. Petition for writ of certiorari to the Supreme Court of Michigan denied.

Same case below, 485 Mich. 912, 773 N.W.2d 257.

**No. 09-8676. Dejuma Campbell, Petitioner v. New York.**

559 U.S. 1014, 130 S. Ct. 1899, 176 L. Ed. 2d 378, 2010 U.S. LEXIS 2721.

March 22, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Second Judicial Department, denied.

Same case below, 63 App. Div. 3d 754, 879 N.Y.S.2d 729.

**No. 09-8677. Gary Ervin, Petitioner v. Ohio.**

559 U.S. 1014, 130 S. Ct. 1900, 176 L. Ed. 2d 378, 2010 U.S. LEXIS 2657.

March 22, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Cuyahoga County, denied.

**No. 09-8678. Bobby Glenn Canida, Petitioner v. Rick Thaler, Director,**

**Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 1014, 130 S. Ct. 1900, 176 L. Ed. 2d 378, 2010 U.S. LEXIS 2685.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8680. Thomas Terrill Foster, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

559 U.S. 1014, 130 S. Ct. 1900, 176 L. Ed. 2d 378, 2010 U.S. LEXIS 2709.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8681. Jeffrey Matthews, Petitioner v. Randall G. Workman, Warden.**

559 U.S. 1014, 130 S. Ct. 1900, 176 L. Ed. 2d 378, 2010 U.S. LEXIS 2715.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 577 F.3d 1175.